UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAJIRI TURNER,

          Plaintiff,

    v.

ASCENCIO, et al.,

          Defendants.

Case No. 26-cv-01290-RS (PR)

**ORDER DISMISSING THE FIRST AMENDED COMPLAINT WITH LEAVE TO AMEND**

Plaintiff's first amended complaint (FAC) is DISMISSED with leave to file an amended complaint on or before **September 1, 2026**. The FAC does not appear on this Court's form and it is not signed under penalty of perjury. The use of the form is important because it requires the plaintiff to answer questions necessary to the proper adjudication of his suit. Also, because the plaintiff signs the form under penalty of perjury, the complaint can constitute evidence in later proceedings. A copy of the complaint form will be sent to him.

The amended complaint must include the caption and civil case number used in this order (26-01290 RS (PR)) and the words SECOND AMENDED COMPLAINT must appear on the first page. The amended complaint must also appear on this Court's form, a copy of which will be sent to plaintiff. Because an amended complaint completely replaces the previous complaints, plaintiff must include in his amended complaint all the claims he wishes to present and all of the defendants he wishes to sue. *See Ferdik v.*

*Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).  Plaintiff may not incorporate material from any prior complaint (or document) by reference.  <u>Failure to file a proper amended complaint by September 1, 2026 will result in dismissal of this action under Federal Rule of Civil Procedure 41(b) without further notice to plaintiff</u>.

It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address."  He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so.  Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff's motion for leave to file his first amended complaint is GRANTED.  (Dkt. No. 6.)  His motion to deem the first amended complaint as properly filed, which the Court construes as permission to file on paper rather than electronically, is GRANTED.  (Dkt. No. 7.)  The filing fee has been paid.  (Dkt. No. 3.)  The Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:**  July 13 , 2026

_____
RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California

ORDER DISMISSING THE FIRST AMENDED COMPLAINT WITH LEAVE TO AMEND
CASE NO. 26-cv-01290-RS

2